KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail:  kyleknapp@sbcglobal.net

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OREST SHAYNYUK.<br><br>Defendant. | No. 13-CR-00250-JAM<br><br>STIPULATION AND<br>ORDER CONTINUING CASE AND<br>EXCLUDING TIME<br><br>Date:  September 10, 2013<br>Time:  9:45am.<br>Judge:  Honorable John A. Mendez |

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Kyle Reardon, Assistant United States Attorney, attorney for plaintiff, together with Kyle Knapp, attorney for defendant Orest Shaynyuk that the previously-scheduled status conference, currently set for August 20, 2013, be vacated and that the matter be set for status conference on  September 10, 2013 at 9:45 a.m.

This continuance is requested to allow defense counsel additional time to further review the discovery in this matter, have his investigator view the evidence and to continue exploring resolution of the case.

IT IS FURTHER STIPULATED that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendant in a speedy trial and that

1

time within which the trial of this case must be commenced under the Speedy Trial Act should therefore be excluded under 18 U.S.C. Section 3161(h)(7)(B) (iv), corresponding to Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties' stipulation, August 16, 2013 up to and including September 10, 2013.

IT IS SO STIPULATED.

Dated: August 16, 2013

BENJAMIN B. WAGNER
UNITED STATES ATTORNEY

by: /s/ Kyle Knapp for
KYLE REARDON
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: August 16, 2013

/s/ Kyle Knapp
KYLE KNAPP
Attorney for Defendant
OREST SHAYNYUK

**ORDER**

The Stipulation of the parties is hereby accepted and the requested continuance is GRANTED. This matter shall be dropped from this court's August 20, 2013 criminal calendar and re-calendared for status conference on September 10, 2013.

Based on the representations of the parties the court finds that the ends of justice served by granting this continuance outweigh the interests of the public and the defendant in a speedy trial. Time is excluded from the time of the filing of this stipulation on August 16, 2013 through and including Septmeber10, 2013.

**IT IS SO ORDERED**.

Dated: 8/16/2013

/s/ John A. Mendez
Hon. John A. Mendez
United States District Court Judge