KYLE R. KNAPP (SBN 166597)
ATTORNEY AT LAW
1120 D Street, Suite 100
Sacramento, CA. 95814
Tel. (916) 441-4717
Fax (916) 441-4299
E-Mail: kyleknapp@sbcglobal.net

Attorney for Defendant
OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OREST SHAYNYUK. <br><br> Defendant. | No. 13-CR-00250-JAM <br><br> STIPULATION AND <u>AMENDED</u> PROTECTIVE ORDER CONCERNING CELL PHONE AND COMPUTER MEDIA CONTAINING SUSPECTED CHILD PORNOGRAPHY <br><br> Hon. John A. Mendez |

Plaintiff United States of America, by and through its attorneys of record and defendant, Orest Shaynyuk, by and through his counsel of record, Kyle Knappp, hereby stipulates as follows:

1. The Federal Bureau of Investigation agents shall make a duplicate copy of the cell phone data, computer hard drive and any attendant storage media for defense analysis.

2. The duplicate copies of the cell phone data, computer hard drive and storage media shall be made available for defense counsel, Kyle Knapp, Esq., and defendant's proposed expert, Marcus Lawson, to review at an FBI office in Sacramento, California for the purpose of preparing for trial regarding the above-entitled action. The images and videos on the cell phone

and computer shall not be viewed by any other person unless defense counsel or the defense expert is present and the viewing is necessary to prepare for defendant's defense.

    3. A private room will be provided for the defense examination. No Government agents will be permitted inside the room during the examination:

    4, The expert will be permitted to bring whatever equipment, books, or records he believes necessary to conduct the examination;

    5. Neither the defense expert nor defense counsel shall remove the cell phone, cell phone data or other storage media from the FBI office;

    6. With the exception of materials which would be considered child pornography under federal law (including visual images and data capable of conversion into a visual image), the expert may download and remove files or portions of files, provided the forensic integrity of the storage media, the hard drive are not altered. The expert will certify in writing (using the attached certification), that he has taken no materials which would be considered child pornography under federal law and that he has not caused any child pornography to be sent off site.

    7. Except when a defense expert fails to provide this certification, no Government official, or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analysis. Should a defense expert fail to certify that the expert has not copied or removed child pornography, or data capable of being converted into child pornography Government officials may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

    8. When the defense indicates that it is finished with its review of the copy of the hard drives said drives shall be wiped clean and promptly returned to defendant's proposed expert whom originally provide the drives for the purpose of this examination.

    9. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the court through representative counsel after first consulting opposing counsel.

IT IS SO STIPULATED.

Dated: October 7, 2103                    BENJAMIN B. WAGNER
                                          UNITED STATES ATTORNEY

                                    by:   /s/ Kyle Knapp for
                                          KYLE REARDON
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

Dated: October 7,, 2013                   /s/ Kyle Knapp
                                          KYLE KNAPP
                                          Attorney for Defendant
                                          OREST SHAYNYUK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>OREST SHAYNYUK.<br><br>    Defendant. | No. 13-CR-00250-JAM<br><br>CERTIFICATION |

CERTIFICATION

I, _____ , certify under penalty of perjury that I have not copied or removed images of child pornography or data capable of being converted into images of child pornography during the course of my review of the evidence in this case.

Date: October _____ , 2013 _____

# ORDER

Pursuant to the stipulation of the parties, the proposed protective order is APPROVED AND SO ORDERED.

Dated: 10/9/2013

/s/ John A. Mendez
HON. John A. Mendez
United States District Court Judge