```
 1  KYLE R. KNAPP, #166597
    Attorney at Law
 2  1120 D Street, Suite 100
    Sacramento, California 95814
 3  Telephone: (916) 441-4717

 4

 5  Attorney for Defendant
    OREST SHAYNYUK
 6

 7
```

**FILED**

NOV 13 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 13-CR-00250-JAM |
|---|---|
| Plaintiff, | ) |
| | ) **ORDER PERMITTING TRAVEL** |
| v. | ) **TO ATTEND FUNERAL** |
| | ) |
| OREST SHAYNYUK, | ) |
| | ) |
| Defendant. | ) Judge: Hon. Edmund F. Brennan |
| | ) |

On November 13, 2013, the Court heard defendant's motion that he be released temporarily to the third-party custody of Max Herrera, an investigator employed by the Federal Panel for the purpose of attending memorial services in Sacramento for his maternal grandfather.

The funeral service will be held on Thursday, November 14, 2013, at 11:0 a.m. at Sylvan Cemetery District, 7401 Auburn Blvd., Citrus Heights, CA and there will be a memorial thereafter at the Slavic Trinity Church 5341 Auburn Blvd, Sacramento, CA 95841.

Accordingly, the Marshal is ordered to release Mr. Shaynyuk to the custody of Mr. Herrera at ~~8:30~~ 9:00 am, who shall escort Mr. Shaynyuk to the

1  services described above.  Mr. Herrera will return Mr. Shaynyuk to the
2  Marshals in Sacramento no later than 3:30 p.m. on Thursday, November 14,
3  2013.  In addition, _EFB_
4  Mr. Shaynyuk shall remain in the presence
5  of Mr. Herrera at all times during
6  this release.
7  _____.
8
9      IT IS SO ORDERED.
10
11 Dated: November 14, 2013
12                                           HON. EDMUND F. BRENNAN
                                             United States Magistrate Judge

Mot. for temporary release                -2-